IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DANIELLE EVERETT, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. RDB-14-0102 |
| PP&G, INC., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 5th day of June 2014, ORDERED that:

1. Defendant Peter Ireland's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment of Plaintiffs' First Amended Class Action and Collective Action Complaint (ECF No. 15) is GRANTED. Specifically, this Court grants Ireland's Motion pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and not as a Motion for Summary Judgment under Rule 56;

2. The Motions to Dismiss the original Complaint (ECF Nos. 8 & 9) are MOOT; and

3. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to Counsel.

/s/
Richard D. Bennett
United States District Judge