IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DANIELLE EVERETT, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. RDB-14-0102 |
| PP&G, INC, et al. | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

The Court having conducted a hearing on the Plaintiffs' Motion for Conditional Certification and to Facilitate Identification and Notification (**ECF#21**), for the reasons stated on the record, it is HEREBY ORDERED this 23rd day of September, 2014, that said motion is **GRANTED**;

IT IS FURTHER HEREBY ORDERED that Defendant shall, within twenty-one (21) days of the entry of this Order, produce to Plaintiffs' counsel a list of the full names and last known addresses for each and every individual who worked as an exotic dancer at Defendant's Norma Jeans Exotic Dance Club at any time between January 2011 and the present;

IT IS FURTHER HEREBY ORDERED that the proposed "Important Notice" submitted by the Plaintiffs is **APPROVED** for future use by Plaintiffs in notifying the group of potential plaintiffs.

_____/s/_____
Richard D. Bennett
United States District Judge