I have read (or, if necessary, the Agreement has been read to me and translated from English to Spanish), understand, and agree to the above fee arrangement. I agree to be a plaintiff in a case under the Federal Fair Labor Standards Act.

BY: _____
Client (Signature)/Date
4-10-15

Shaquetta Daughtery
Print Name